UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRENT SCENTAIL SMITH,

Petitioner,

v.

WARDEN BIRKHOLZ,

Respondent.

Case No. 2:25-cv-05084-MEMF-PD

**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss, Petitioner's Opposition, the records on file, and the Report and Recommendation of United States Magistrate Judge. Dkt. Nos. 1, 16, 18, 20. No objections to the Report and Recommendation have been filed.

Because the Petitioner's Opposition was docketed after the Report was issued, *see* Dkt. No. 23, the Report does not address it. This Court has, however, considered the Opposition. The Opposition appears to describe Petitioner's communications with BOP staff, and appears to be directed to the Respondent's argument that Petitioner has failed to exhaust his administrative remedies. Because the Report recommends dismissal on the

basis of jurisdiction and not exhaustion, Petitioner's communications with BOP staff are of no moment.

The Court therefore accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Petition is dismissed with prejudice.

DATED: September 30, 2026

HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE