JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRENT SCENTAIL SMITH,<br>Petitioner,<br>v.<br>WARDEN BIRKHOLZ,<br>Respondent. | Case No. 2:25-cv-05084-MEMF-PD<br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 30, 2026

HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE